# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RODRELL M. HARRIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1899

[March 11, 2020]

CORRECTED OPINION

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312017CF000461A.

Rodrell M. Harris, Ft. Pierce, pro se.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Curry v. State*, 257 So. 3d 1076, 1078 (Fla. 4th DCA 2018) (citing *State v. Miller*, 227 So. 3d 562, 565 (Fla. 2017)).

TAYLOR, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***